# The Law Office of Noor A. Saab, Esq.

380 North Broadway, Penthouse West
Jericho, New York 11753
**Tel**: 718-740-5060 * **Fax**: 718-709-5912
**Email**: NoorASaabLaw@Gmail.com

January 8, 2024

**VIA ECF**
Honorable Judge Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007-1312



**Re:** <u>Felix Castro v. Ray Allen Manufacturing, LLC – Case No. 1:23-cv-09203-KPF</u>

To the Honorable Judge Katherine Polk Failla,

    The Plaintiff submits this letter motion respectfully requesting an adjournment of the Initial Pre Trial-Conference currently set for January 10, 2024 pursuant to Your Honor's Order dated October 30, 2023 (Dkt. #5).  Defendant has recently retained counsel and a waiver of service dated January 3, 2023 was filed on January 6, 2024 (Dkt. # 6).  Plaintiff respectfully requests a thirty (30) day adjournment of the initial pre-trial conference from January 10, 2024 to February 9, 2024 to give the parties an opportunity to discuss an early resolution. Plaintiff also respectfully requests a reset of all case deadlines.  This is the first time this relief is being requested and is with the consent of the Defendant.

The Plaintiff wishes to thank Your Honor and this Court for the time and attention to this matter.

Respectfully submitted,

*/s/ Noor A. Saab, Esq.*
*Plaintiffs' Attorney*

```
Application GRANTED.  The initial pre-trial conference currently
scheduled for January 10, 2024 is hereby ADJOURNED sine die,
pending further order of the Court, which will issue an order
rescheduling the conference after Defendant has responded.

The Clerk of Court is directed to terminate the pending motion
at docket entry 7.
                                   SO ORDERED.

Dated:     January 8, 2024
           New York, New York

                                   HON. KATHERINE POLK FAILLA
                                   UNITED STATES DISTRICT JUDGE
```