# The Law Office of Noor A. Saab

380 North Broadway, Penthouse West
Jericho, New York 11753
**Tel:** 718-740-5060 * **Fax:** 718-709-5912
**Email**: NoorASaabLaw@Gmail.com

May 3, 2024

**VIA ECF:**
Honorable Judge Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007-1312



Re:   <u>**Felix Castro v. Ray Allen Manufacturing, LLC – Case No. 1:23-cv-09203-KPF**</u>

To the Honorable Judge Katherine Polk Failla,

   Plaintiff submits this letter-motion respectfully requesting an extension of the conditional dismissal order pursuant to Your Honors Order dated March 6, 2024 (Docket No. 10). The parties have a settlement in principle but have yet to memorialize the agreement. Plaintiff respectfully requests a thirty (30) day extension of time of the conditional dismissal order from May 3, 2024 to June 3, 2024. This is the first time this relief is being requested. An email was sent to the counsel for the Defendant, but an away message indicates that the attorney is out of the office until May 14, 2024. Plaintiff does not believe the Defendant would object to this request.

   The Plaintiff wishes to thank Your Honor and this Court for the time and attention to this matter.

Respectfully submitted,

*/s/ Noor A. Saab, Esq.*
*Attorneys for Plaintiff*

```
Application GRANTED.

The Clerk of Court is directed to terminate the pending motion at
docket entry 11.

Dated:     May 6, 2024             SO ORDERED.
           New York, New York
```

*[Signature: Katherine Polk Failla]*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE